HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
CRISTIAN GUADALUPE ORTIZ CORONADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00215-JLT-SKO |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| vs. | Date:  June 5, 2024 |
| CRISTIAN GUADALUPE ORTIZ CORONADO, | Time:  1:00 p.m. |
|  | Judge: Hon. Sheila K. Oberto |
| Defendant. |  |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Stephanie Stokman, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Cristian Guadalupe Ortiz Coronado, that the Court may continue the status conference currently scheduled for May 15, 2024, at 1:00 p.m. to June 5, 2024, at 1:00 p.m. before the Honorable Sheila K. Oberto.

The parties agree and request the Court find the following:

1. By prior order, this matter is set for a status conference on May 15, 2024.

2. The government has produced initial discovery, consisting of 261 Bates-marked items.

3. Counsel for the defendant requires additional time to review discovery, consult with her client regarding the case, conduct necessary investigation, and engage in further plea negotiations.

4. Defense counsel believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

5. The government does not object to the requested continuance.

6. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

7. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of May 15, 2024, to June 5, 2024, inclusive, is excludable pursuant to 18 U.S. C. § 3161(h)(7)(A) and (B)(iv).

**IT IS SO STIPULATED.**

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: May 8, 2024         */s/ Stephanie Stokman*
                          STEPHANIE STOKMAN
                          Assistant United States Attorney
                          Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: May 8, 2024         */s/ Erin Snider*
                          ERIN SNIDER
                          Assistant Federal Defender
                          Attorney for Defendant
                          CRISTIAN GUADALUPE ORTIZ CORONADO

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

## O R D E R

**IT IS SO ORDERED.** The status currently scheduled for May 15, 2024, at 1:00 p.m. is hereby continued to June 5, 2024, at 1:00 p.m. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of May 15, 2024, to June 5, 2024, inclusive, is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Date: 5/9/2024

*Sheila K. Oberto*
Hon. Sheila K. Oberto
United States Magistrate Judge