HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
CRISTIAN GUADALUPE ORTIZ CORONADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00215-JLT-SKO |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE;  ORDER** |
| vs. | Date:  July 31, 2024 |
| CRISTIAN GUADALUPE ORTIZ CORONADO, | Time:  1:00 p.m. |
| | Judge: Hon. Sheila K. Oberto |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Stephanie Stokman, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Cristian Guadalupe Ortiz Coronado, that the Court may continue the status conference currently scheduled for June 5, 2024, at 1:00 p.m. to July 31, 2024, at 1:00 p.m. before the Honorable Sheila K. Oberto.

The parties agree and request the Court find the following:

1. On May 23, 2024, this Court entered a Minute Order directing the parties to meet and confer regarding a mutually convenient date for trial to be discussed at the June 5, 2024 status conference.

2. The parties are not prepared to set a trial in this case for the following reasons:

   a. Counts 1 and 2 of the Indictment—charging kidnapping in violation of 18 U.S.C. § 1201(a)(1) and hostage taking in violation of 18 U.S.C. § 1203(a), respectively—are

serious offenses. Count 1 carries a twenty-year mandatory minimum and a maximum term of life imprisonment. Count 2 likewise carries a maximum term of life imprisonment.

      b.      The defendant was arrested on November 2, 2023, and undersigned defense counsel was assigned the case on November 13, 2023—less than seven months ago.

      c.      The case involves substantial discovery. Although there are only 261-Bates-marked items, the discovery includes data from nine phones. Additionally, because all witnesses and the defendant are Spanish speaking, much of the discovery requires time-consuming translation.

      d.      The government has not yet extended any plea offer to the defendant.

3. Counsel for the defendant requires additional time to review discovery, consult with her client regarding the case, conduct necessary investigation, and engage in plea negotiations.

4. Defense counsel believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

5. The government joins in the request for the continuance.

6. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

7. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of June 5, 2024, to July 31, 2024, inclusive, is excludable pursuant to 18 U.S. C. § 3161(h)(7)(A) and (B)(iv).

**IT IS SO STIPULATED.**

/ / /

/ / /

/ / /

/ / /

/ / /

|   |   |
|---|---|
|   | Respectfully submitted, |
|   |   |
|   | PHILLIP A. TALBERT<br>United States Attorney |
| Date: May 29, 2024 | */s/ Stephanie Stokman*<br>STEPHANIE STOKMAN<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   |   |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: May 29, 2024 | */s/ Erin Snider*<br>ERIN SNIDER<br>Assistant Federal Defender<br>Attorney for Defendant<br>CRISTIAN GUADALUPE ORTIZ CORONADO |

## **O R D E R**

**IT IS SO ORDERED.** The status currently scheduled for June 5, 2024, at 1:00 p.m. is hereby continued to July 31, 2024, at 1:00 p.m. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of June 5, 2024, to July 31, 2024, inclusive, is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Dated: 5/31/2024            /s/ Sheila K. Oberto
                            Hon. Sheila K. Oberto
                            United States Magistrate Judge