PHILLIP A. TALBERT
United States Attorney
STEPHANIE M. STOKMAN
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00215-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE |
| v. | |
| CRISTIAN ORTIZ CORONADO, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney and Robert L. Veneman-Hughes, Assistant U.S. Attorney and Erin Snider, attorney for defendant CRISTIAN CORONADO, that the status conference set for October 16, 2024 at 1:00 pm before the Honorable Sheila K. Oberto be continued to November 20, 2024 at 1:00 p.m.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. The parties need additional time to further investigate/explore matters related to resolving the case and confirming the trial date.

2. By this stipulation, defendant now moves to continue the status conference, and to exclude time from October 16, 2024 to November 20, 2024.

3. Trial remains for April 22, 2025 and time has already been excluded through that date.

Stipulation Regarding Excludable Time
Periods Under Speedy Trial Act

1

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Dated: October 11, 2024

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

By   /s/ Robert L. Veneman-Hughes
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney

Dated: October 11, 2024

/s/ Erin Snider
ERIN SNIDER
Attorney for Defendant Christian Claustro

IT IS SO ORDERED.

Dated: 10/11/2024

*Sheila K. Oberto*
HONORABLE SHEILA K. OBERTO
United States Magistrate Court Judge