HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
CRISTIAN GUADALUPE ORTIZ CORONADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00215-JLT-SKO-1 |
| Plaintiff, | **STIPULATION TO VACATE TRIAL AND SCHEDULE CHANGE-OF-PLEA HEARING; ORDER** |
| vs. | |
| CRISTIAN GUADALUPE ORTIZ CORONADO, | Date: April 21, 2025<br>Time: 9:00 a.m.<br>Judge: Jennifer L. Thurston |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Stephanie Stokman, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Cristian Guadalupe Ortiz Coronado, that the Court may vacate the trial currently scheduled to begin April 22, 2025, and schedule a change-of-plea hearing for April 21, 2025, at 9:00 a.m.

The parties agree and request the Court find the following:

1. By previous order, this matter was set for a trial beginning April 22, 2025.
2. The parties have reached a resolution and a signed plea agreement will be filed shortly.
3. The parties therefore request that the Court vacate the April 22, 2025 trial and set a change-of-plea hearing on April 21, 2025, at 9:00 a.m.

4. Time has previously been excluded through April 22, 2025, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

**IT IS SO STIPULATED.**

Respectfully submitted,

MICHELE BECKWITH
Acting United States Attorney

Date: April 4, 2025    */s/ Stephanie Stokman*
STEPHANIE STOKMAN
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: April 4, 2025    */s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
CRISTIAN GUADALUPE ORTIZ CORONADO

**O R D E R**

**IT IS SO ORDERED.** The trial currently scheduled to begin April 22, 2025, is hereby vacated. A change-of-plea hearing is scheduled for April 21, 2025, at 9:00 a.m.

IT IS SO ORDERED.

Dated:    **April 4, 2025**

UNITED STATES DISTRICT JUDGE