HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
CRISTIAN GUADALUPE ORTIZ CORONADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00215-JLT-SKO-1 |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING; ORDER** |
| vs. | Date:   August 4, 2025 |
| CRISTIAN GUADALUPE ORTIZ CORONADO, | Time:   9:00 a.m. |
| Defendant. | Judge: Jennifer L. Thurston |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Stephanie Stokman, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Cristian Guadalupe Ortiz Coronado, that the Court may continue the sentencing hearing currently scheduled for July 7, 2025, at 9:00 a.m. to August 4, 2025, at 9:00 a.m.

On April 21, 2025, Mr. Ortiz Coronado entered a guilty plea to Count 1 of the Indictment. ECF #39. The Court set the matter for sentencing on July 7, 2025, at 9:00 a.m. *Id.* On May 28, 2025, the Probation Office filed a draft Presentence Investigation Report. ECF #40.

Defense counsel requires additional time to draft informal objections, as one of the disputed Guidelines' enhancements will require an in-depth analysis of discovery and the law. Due to defense counsel's previously scheduled leave in late June and early July, defense counsel is requesting a one-month continuance to permit sufficient time both to draft the informal

objections and to meet other sentencing-related deadlines. The government has no objection to the requested continuance. Both parties are available on August 4, 2025, at 9:00 a.m.

**IT IS SO STIPULATED.**

Respectfully submitted,

MICHELE BECKWITH
Acting United States Attorney

Date: June 2, 2025        */s/ Stephanie Stokman*
STEPHANIE STOKMAN
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: June 2, 2025        */s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
CRISTIAN GUADALUPE ORTIZ CORONADO

# O R D E R

**IT IS SO ORDERED.** The sentencing hearing currently scheduled for July 7, 2025, at 9:00 a.m. is hereby continued to August 4, 2025, at 9:00 a.m. Informal objections to the draft Presentence Investigation Report are due July 7, 2025. The final Presentence Investigation Report is due July 14, 2025. Formal objections to the final Presentence Investigation Report are due July 21, 2025.

IT IS SO ORDERED.

Dated:   **June 2, 2025**                                    /s/ Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE