HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
CRISTIAN GUADALUPE ORTIZ CORONADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CRISTIAN GUADALUPE ORTIZ CORONADO,<br><br>Defendant. | Case No. 1:23-cr-00215-JLT-SKO-1<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING; ORDER**<br><br>Date:  August 18, 2025<br>Time:  9:00 a.m.<br>Judge: Jennifer L. Thurston |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Stephanie Stokman, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Cristian Guadalupe Ortiz Coronado, that the Court may continue the sentencing hearing currently scheduled for August 4, 2025, at 9:00 a.m. to August 18, 2025, at 9:00 a.m.

On April 21, 2025, Mr. Ortiz Coronado entered a guilty plea to Count 1 of the Indictment. ECF #39. The Court set the matter for sentencing on July 7, 2025, at 9:00 a.m. *Id.* The Court later continued the sentencing hearing to August 4, 2025, at 9:00 a.m., at the request of the parties. ECF #42. On July 15, 2025, the Probation Officer filed the final Presentence Investigation Report. ECF #43.

Defense counsel now requests one additional continuance to August 18, 2025, at 9:00 a.m. The parties are jointly objecting to application of a six-level enhancement under the United

1  States Sentencing Guidelines. Defense counsel is awaiting transcriptions and translations of
2  certain phone calls relevant to application of the enhancement. The government is agreeable to
3  the continuance to permit defense counsel sufficient time to include the transcriptions and
4  translations with her formal objections. Both parties are available on August 18, 2025, at 9:00
5  a.m.

6  **IT IS SO STIPULATED.**

Respectfully submitted,

MICHELE BECKWITH
Acting United States Attorney

Date: July 22, 2025    */s/ Stephanie Stokman*
STEPHANIE STOKMAN
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: July 22, 2025    */s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
CRISTIAN GUADALUPE ORTIZ CORONADO

## O R D E R

**IT IS SO ORDERED.** The sentencing hearing currently scheduled for August 4, 2025, at 9:00 a.m. is hereby continued to August 18, 2025, at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **July 25, 2025**

UNITED STATES DISTRICT JUDGE